RECEIVED
NOV 3 0 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ERIC L. JACKSON, Petitioner | CIVIL ACTION NO. 1:18-CV-963-P |
| VERSUS | JUDGE DEE D. DRELL |
| CALVIN JOHNSON, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 10), and after a de novo review of the record including the objections filed by Petitioner (Docs. 12, 16), and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Petitioner's § 2241 petition is **DISMISSED** for lack of jurisdiction, with prejudice as to the jurisdictional issue, and without prejudice as to the merits of Petitioner's claim.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 30th day of November, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE